**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

MONSTER ENERGY COMPANY,

              Plaintiff,

v.

AUTUMN WIND 123 STORE, et al.,

              Defendants.

Case No. 22-cv-06524

**Judge Elaine E. Bucklo**

**Magistrate Judge Susan E. Cox**

**FINAL JUDGMENT ORDER**

This action having been commenced by Plaintiff Monster Energy Company's ("MEC") against the fully interactive, e-commerce stores[1] operating under the seller aliases identified in Schedule A attached hereto (collectively, the "Seller Aliases"), and MEC having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto (collectively, the "Defaulting Defendants");

This Court having entered upon a showing by MEC a temporary restraining order and preliminary injunction against Defaulting Defendants which included an asset restraining order;

MEC having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

---

[1] The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces.

Defaulting Defendants having failed to answer the Complaint or otherwise plead, and the time for answering the Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants since Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller Aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars and/or funds from U.S. bank accounts, and have sold products bearing unauthorized copies of the Monster Energy Copyrighted Design ("Stylized claw with jagged edges (original version)" (U.S. Copyright Registration No. VA 1-789-900), issued by the Register of Copyrights on October 11, 2011, and the corresponding supplemental registration changing ownership name from Hansen Beverages Company to Monster Energy Company: VA 1-433-242) and/or using infringing and counterfeit versions of the MONSTER ENERGY Trademarks to Illinois residents. A list of the MONSTER ENERGY Trademarks is included in the below chart.

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| 3,057,061 | MONSTER ENERGY | February 7, 2006 | For: fruit juice drinks having a juice content of 50% or less by volume that are shelf stable, carbonated soft drinks, carbonated drinks enhanced with vitamins, minerals, nutrients, amino acids and/or herbs, but excluding perishable beverage products that contain fruit juice or soy, whether such products are pasteurized or not in class 032. |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| 2,903,214 |  | November 16, 2004 | For: Drinks, namely, carbonated soft drinks, carbonated drinks enhanced with vitamins, minerals, nutrients, amino acids and/or herbs, carbonated and non-carbonated energy or sports drinks, fruit juice drinks having a juice content of 50% or less by volume that are shelf stable, but excluding perishable beverage products that contain fruit juice or soy, whether such products are pasteurized or not in class 032. |
| 4,051,650 |  | November 8, 2011 | For: Clothing, namely, t-shirts, hooded shirts and hooded sweatshirts, sweatshirts, jackets, pants, bandanas, sweat bands and gloves; headgear, namely hats and beanies in class 025. |
| 3,963,669 |  | May 17, 2011 | For: All-purpose sport bags; all-purpose carrying bags; backpacks; duffel bags in class 018. |
| 3,963,668 |  | May 17, 2011 | For: Stickers; sticker kits comprising stickers and decals; decals; posters in class 016. |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| 4,011,301 |  | August 16, 2011 | For: Sports helmets; video recordings featuring sports, extreme sports, and motor sports in class 009. |
| 4,822,675 |  | September 29, 2015 | For: Lanyards; lanyards for holding whistles, keys, eyeglasses, sunglasses, mobile telephones, badges, identification cards, event passes, media passes, photographs, recording equipment, or similar conveniences in class 022. |
| 3,134,841 |  | August 29, 2006 | For: Beverages, namely, carbonated soft drinks, carbonated soft drinks enhanced with vitamins, minerals, nutrients, amino acids and/or herbs, carbonated energy and sports drinks, fruit juice drinks having a juice content of 50% or less by volume that are shelf stable, but excluding perishable beverage products that contain fruit juice or soy, whether such products are pasteurized or not in class 032. |
| 3,923,683 |  | February 22, 2011 | For: All-purpose sport bags; all-purpose carrying bags; backpacks; duffle bags in class 018. |

4

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| 3,908,601 |  | January 18, 2011 | For: Clothing, namely, t-shirts, hooded shirts and hooded sweatshirts, sweatshirts, jackets, pants, bandanas, sweat bands and gloves; headgear, namely, hats and beanies in class 025. |
| 3,908,600 |  | January 18, 2011 | For: Stickers; sticker kits comprising stickers and decals; decals in class 016. |
| 3,914,828 |  | February 1, 2011 | For: Sports helmets in class 009. |
| 4,332,062 |  | May 7, 2013 | For: Silicone wrist bands; Silicone bracelets; Jewelry, namely, bracelets and wristbands in class 014. |
| 4,660,598 |  | December 23, 2014 | For: Lanyards; Lanyards for holding whistles, keys, eyeglasses, sunglasses, mobile telephones, badges, identification cards, event passes, media passes, photographs, recording equipment, or similar conveniences in class 022. |

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and copyright infringement (17 U.S.C. §§ 106 and 501, *et seq.*).

IT IS HEREBY ORDERED that MEC's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert or participation with them be permanently enjoined and restrained from:

    a. using the MONSTER ENERGY Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Monster Energy product or not authorized by MEC to be sold in connection with the MONSTER ENERGY Trademarks;

    b. reproducing, distributing copies of, making derivative works of, or publicly displaying the Monster Energy Copyrighted Design in any manner without the express authorization of MEC;

    c. passing off, inducing, or enabling others to sell or pass off any product as a genuine Monster Energy product or any other product produced by MEC, that is not MEC's or not produced under the authorization, control or supervision of MEC and approved by MEC for sale under the MONSTER ENERGY Trademarks and/or the Monster Energy Copyrighted Design;

6

    d.  committing any acts calculated to cause consumers to believe that Defendants' Unauthorized Monster Energy Products are those sold under the authorization, control or supervision of MEC, or are sponsored by, approved by, or otherwise connected with MEC; and

    e.  further infringing the MONSTER ENERGY Trademarks and/or the Monster Energy Copyrighted Design and damaging MEC's goodwill; and

    f.  manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for MEC, nor authorized by MEC to be sold or offered for sale, and which bear any of MEC's trademark, including the MONSTER ENERGY Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof and/or which bear the Monster Energy Copyrighted Design.

2.  Upon MEC's request any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay Inc. ("eBay"), AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc. ("Amazon"), ContextLogic Inc. d/b/a Wish.com ("Wish.com"), Walmart Inc. ("Walmart"), Etsy, Inc. ("Etsy"), and DHgate (collectively, the "Third Party Providers") shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods

using the MONSTER ENERGY Trademarks and/or bearing unauthorized copies of the Monster Energy Copyrighted Design.

3.     Pursuant 15 U.S.C. § 1117(c)(2), MEC is awarded statutory damages from each of the Defaulting Defendants in the amount of two hundred and fifty thousand dollars ($250,000) for willful use of counterfeit MONSTER ENERGY Trademarks in connection with the sale of products through at least Defaulting Defendants' Online Marketplaces.

4.     Pursuant to 17 U.S.C. § 504(c)(2), MEC is awarded statutory damages from each of the Defaulting Defendants in the amount of one hundred thousand dollars ($100,000) for willful copyright infringement of the Monster Energy Copyrighted Design.

5.     MEC may serve this Order on Third Party Providers, including PayPal, Inc. ("PayPal"), eBay, Alipay, Alibaba, Ant Financial Services Group ("Ant Financial"), Wish.com, Walmart, Etsy, DHgate, and Amazon Pay, by e-mail delivery to the e-mail addresses MEC used to serve the Temporary Restraining Order on the Third Party Providers.

6.     Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, Inc. ("PayPal"), eBay, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Etsy, DHgate, and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any financial accounts connected to Defaulting Defendants' Seller Aliases or Online Marketplaces from transferring or disposing of any funds, up to the above identified statutory damages award, or other of Defaulting Defendants' assets.

7.     All monies, up to the above identified statutory damages award, restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as

PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Etsy, DHgate, and Amazon Pay, are hereby released to MEC as partial payment of the above-identified damages, and Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, DHgate, Walmart, Etsy, and Amazon Pay, are ordered to release to MEC the amounts from Defaulting Defendants' financial accounts within seven (7) calendar days of receipt of this Order.

8.      Until MEC has recovered full payment of monies owed to it by any Defaulting Defendant, MEC shall have the ongoing authority to serve this Order on Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, DHgate, Walmart, Etsy, and Amazon Pay, in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified.  Upon receipt of this Order, Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, DHgate, Walmart, Etsy, and Amazon Pay, shall within seven (7) calendar days:

a.  locate all accounts and funds connected to Defaulting Defendants' Seller Aliases and Online Marketplaces, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 3 to the Declaration of Bruce Kingsland, and any e-mail addresses provided for Defaulting Defendants by third parties;

b.  restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

c.  release all monies, up to the above identified statutory damages award, restrained in Defaulting Defendants' financial accounts to Plaintiff as partial payment of the above-identified damages within seven (7) calendar days of receipt of this Order.

9.      In the event that MEC identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, MEC may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 3 to the Declaration of Bruce Kingsland and any e-mail addresses provided for Defaulting Defendants by third parties.

10.     The ten thousand dollar ($10,000) surety bond posted by MEC is hereby released to MEC or its counsel, Greer, Burns & Crain, Ltd.  The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to MEC or its counsel.

This is a Final Judgment.

DATED:  March 7, 2023

Elaine E. Bucklo
United States District Judge

**Monster Energy Company v. Autumn wind 123 Store, et al. - Case No. 22-cv-06524**

# Schedule A

### Defendant Online Marketplaces

| No | URL | Name / Seller Alias |
|----|-----|---------------------|
| 1 | aliexpress.com/store/1101961653 | Autumn wind 123 Store |
| 2 | aliexpress.com/store/1101678426 | BABY 521 Store |
| 3 | aliexpress.com/store/1101751805 | beixuaner Store |
| 4 | aliexpress.com/store/1101542100 | Children Gift Store |
| 5 | aliexpress.com/store/1101371515 | DDHH painting Store |
| 6 | aliexpress.com/store/1101933876 | Emjoylife Store |
| 7 | aliexpress.com/store/1101881120 | Evoke Store |
| 8 | aliexpress.com/store/1101894495 | FY World Store |
| 9 | aliexpress.com/store/1101246146 | GISIGN Toy Store |
| 10 | aliexpress.com/store/1101418491 | HALFLEMART Posters Prints Painting Store |
| 11 | aliexpress.com/store/1101726864 | HOSE123 Store |
| 12 | aliexpress.com/store/1101404012 | Huige Store |
| 13 | aliexpress.com/store/1102015110 | Inspider Sticker Store |
| 14 | aliexpress.com/store/1101768280 | JINYANG Art Decor Store |
| 15 | aliexpress.com/store/1101883075 | LC1983-Phone Accessories Store |
| 16 | aliexpress.com/store/912488632 | leisure-goods Store |
| 17 | aliexpress.com/store/1101995580 | MJJ boutique Store |
| 18 | aliexpress.com/store/1101980240 | Mug Factory Flagship Store |
| 19 | aliexpress.com/store/1101577312 | OneMoreTime Store |
| 20 | aliexpress.com/store/1100386342 | Shop1100386342 Store |
| 21 | aliexpress.com/store/1101361121 | Shop5422211 Store |
| 22 | aliexpress.com/store/910450215 | Shop910450215 Store |
| 23 | aliexpress.com/store/1101571987 | Shop911112149 Store |
| 24 | aliexpress.com/store/1101777549 | Shop912071363 Store |
| 25 | aliexpress.com/store/1101771013 | Toommy Store |
| 26 | aliexpress.com/store/1101794110 | Verydiscount Store |
| 27 | aliexpress.com/store/1101843621 | Wenjuan Store |
| 28 | aliexpress.com/store/1101931066 | YUESHIYUAN Store |
| 29 | aliexpress.com/store/1101729010 | YUQI Art Store |
| 30 | aliexpress.com/store/1102006685 | YX-CC99 Warm Store |
| 31 | aliexpress.com/store/1100388214 | ZANTA Accessories Store |
| 32 | aliexpress.com/store/1100675268 | Zbrandy Store |
| 33 | amazon.com/sp?seller=A13COER1EYKROU | A13COER1EYKROU |
| 34 | amazon.com/sp?seller=A1CWRCI5Q5E1M | A1CWRCI5Q5E1M |
| 35 | amazon.com/sp?seller=A1E44QFLWXI6M5 | A1E44QFLWXI6M5 |

| 36 | amazon.com/sp?seller=A1NJV2HB6Q8DQJ | A1NJV2HB6Q8DQJ |
|---|---|---|
| 37 | amazon.com/sp?seller=A2AVD6WNHRQHHR | A2AVD6WNHRQHHR |
| 38 | DISMISSED | DISMISSED |
| 39 | DISMISSED | DISMISSED |
| 40 | amazon.com/sp?seller=A1EBLEN1TSK1F1 | Ertusidianzi |
| 41 | amazon.com/sp?seller=A3PZN7PEY9QA41 | fdsgsdfgdsfsda |
| 42 | amazon.com/sp?seller=A23L4V7H1KJH8P | hefeicunhuangwangluokejiyouxiangongsi |
| 43 | amazon.com/sp?seller=A2JPJNPJME4P2C | HIMHEHISHER |
| 44 | amazon.com/sp?seller=A17SW2LQUPC1Z1 | Jiemina |
| 45 | amazon.com/sp?seller=A57C5KV1B5FY8 | JWJHOBBY |
| 46 | DISMISSED | DISMISSED |
| 47 | DISMISSED | DISMISSED |
| 48 | amazon.com/sp?seller=A2YPWBMU91EM04 | LSJPICC SHOP |
| 49 | DISMISSED | DISMISSED |
| 50 | DISMISSED | DISMISSED |
| 51 | amazon.com/sp?seller=ANOZA3M5ABDH4 | NOKESY |
| 52 | amazon.com/sp?seller=A3W4SVOUGLJP0E | NTF-Metal Tech |
| 53 | amazon.com/sp?seller=A2Q25KP4HC0DPD | PlushieWorld |
| 54 | amazon.com/sp?seller=A3ESEL45E98S0F | putianshihanjiangquxiulianmaoyiyouxiangongsi |
| 55 | amazon.com/sp?seller=A3SZGVJE430BX5 | qingbaijiangquxiamuqidianjiancaijingyingbu |
| 56 | amazon.com/sp?seller=A3KC0O8ENGAH94 | Sanlok |
| 57 | amazon.com/sp?seller=A3HGK1JB0XNPF2 | shangshuixiangengyushangmaoyouxiangongsi |
| 58 | DISMISSED | DISMISSED |
| 59 | amazon.com/sp?seller=A2FAVJZJ5GORDI | USTSGMT |
| 60 | amazon.com/sp?seller=A1DBTTD6LHZ5XE | wangshaoguang |
| 61 | DISMISSED | DISMISSED |
| 62 | amazon.com/sp?seller=A11VDIYSSJ1SZ1 | wenzhousuoluodianzikejiyouxiangongsi |
| 63 | amazon.com/sp?seller=AJGF7BKBSPHWR | XFMMSLF |
| 64 | amazon.com/sp?seller=AREYSYVVKFYH6 | xiangchengshigengqingshangmaoyouxiangongsi |
| 65 | DISMISSED | DISMISSED |
| 66 | amazon.com/sp?seller=AKJ29VANIIHFX | YINhuanghuang |
| 67 | amazon.com/sp?seller=A63P9ANJ4XRCF | YTJETYJETYJETYJ |
| 68 | amazon.com/sp?seller=A2UK1A3A4R9TRG | zhoukoumaolingshangmaoyouxiangongsi |
| 69 | DISMISSED | DISMISSED |
| 70 | amazon.com/sp?seller=A3TZZVXJURBOYR | zhoukoushijianghuishangmaoyouxiangongsi |
| 71 | ebay.com/usr/17lbuyjenuk | 17lbuyjenuk |

| | | |
|---|---|---|
| 72 | DISMISSED | DISMISSED |
| 73 | DISMISSED | DISMISSED |
| 74 | DISMISSED | DISMISSED |
| 75 | DISMISSED | DISMISSED |
| 76 | DISMISSED | DISMISSED |
| 77 | DISMISSED | DISMISSED |
| 78 | ebay.com/usr/dfdiqi05 | dfdiqi05 |
| 79 | ebay.com/usr/jueying_2 | jueying_2 |
| 80 | DISMISSED | DISMISSED |
| 81 | DISMISSED | DISMISSED |
| 82 | DISMISSED | DISMISSED |
| 83 | DISMISSED | DISMISSED |
| 84 | wish.com/merchant/608b8c641277afc22ad35d63 | anyonglei668 |
| 85 | wish.com/merchant/6038734db8a33c0042d00b8c | zhoudaifu2580 |